UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. ROBERT KIRSCH |
| v. | Crim. No. 24-CR-398 |
| Aron Puretz | |
| | **WAIVER OF INDICTMENT** |

      I, Aron Puretz, the above-named defendant, who is charged with Conspiracy to Commit Wire Fraud Affecting a Financial Institution, in violation of 18 U.S.C. 371, being advised of the charge, the proposed Information, and my rights, hereby waive in open court on 6/17/2024, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Aron Puretz
Defendant

_____
Steven Yurowitz, Esq.
Counsel for Defendant

Before: _____
HONORABLE Robert Kirsch
United States District Judge