# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON  **DATE**: JUNE 17, 2024

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE:**  **CIVIL NO. 24-CR-398 (RK)**

UNITED STATES OF AMERICA

v.

ARON PURETZ

  DEFENDANT PRESENT

**APPEARANCES:**

Babasijibomi Moore, AUSA for the Government

Steven Yurowitz, Esq., counsel for Defendant

Edna Galarza, Pretrial Services

**NATURE OF PROCEEDINGS**: INITIAL APPEARANCE AND PLEA HEARING

Ordered defendant sworn, defendant sworn.

Defendant advised of charges and penalties.

INFORMATION filed.

Waiver of Indictment executed and filed.

PLEA: GUILTY TO COUNT 1 OF INFORMATION.

Terms of plea agreement read into the record.

Rule 11 and Plea Agreement filed.

Ordered bail set at $ 100,000 unsecured bond.

Order Setting Conditions of Release to be filed.

Sentencing set for October 30, 2024.

**Time Commenced:** 11:55 a.m.
**Time Adjourned**: 12:41 p.m.
**Total Time**: 46 minutes

*Patricia Markey*
COURTROOM DEPUTY