UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 24cr398

Aron Puretz

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for  Aron Puretz
                                                 Name of Defendant

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

New York
Court(s)

1997
Year(s) of Admission

Date: June 17, 2024

*(Signature of Attorney)*

Steven Yurowitz
Print Name

950 Third Avenue - 31st Floor
Address

New York, New York 10022
City State Zip Code

212-308-7902/- 646-568-9664
Phone Number Fax Number

DNJ-CR-013 (03/2010)