DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARON PURETZ | Criminal No. 24-398 (RK)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning defendant ARON PURETZ.

Date: December 3, 2024          PHILIP R. SELLINGER
                                United States Attorney


                         By:    *s/ Martha K. Nye*
                                MARTHA K. NYE
                                Assistant U.S. Attorney