## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON                              **DATE**: DECEMBER 12, 2024

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE**:                              **DOCKET NO. 24-CR-398-01 (RK)**

UNITED STATES OF AMERICA

v.

ARON PURETZ
       DEFENDANT PRESENT

**APPEARANCES**:

Babasijibomi Moore, AUSA and Martha Nye, AUSA for the Government

Lars Hansen, Special Agent with the Federal Housing Finance Agency Office of Inspector General

Steven Yurowitz, Esq. and Naftali Rabinovich, Esq., counsel for the Defendant

Daniel Carney, U.S. Probation

Michele Roman and Todd Jones, U.S Pretrial Services

**NATURE OF PROCEEDINGS**:   SENTENCING ON COUNT 1 OF INFORMATION

Imprisonment:   60 months.
Supervised Release: 3 years, with special conditions.
Special Assessment: $100.
Fine: $250.000.00.
Restitution: $22,235,457.39.
Defendant advised of right to appeal.
Defendant remanded.

**Time Commenced:**   10:11 a.m.
**Time Adjourned**:   12:13 p.m.
**Total Time**:   2 hours 2 minutes

s/ *Patricia Markey*
DEPUTY CLERK