UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
\- ----------------------------------------------------------- x
                                                            :

UNITED STATES OF AMERICA         :

                                            :          Docket No.: 24-CR-398 (RAK)

             -v-                                :

                                            :          **Notice of Appeal to the**

ARON PURETZ                            :          **U.S. Court of Appeals for the**
                                            :          **Third Circuit**
         Defendant.                     :

\- ----------------------------------------------------------- x

Notice is hereby given that Aron Puretz appeals to the United States Court of Appeals for the Third Circuit from the Judgment of the United States District Court, District of New Jersey, entered in this action on December 17, 2024.

Dated: December 31, 2024                              Respectfully,

                                                                   /s/ Steven Y. Yurowitz
                                                                   Steven Y. Yurowitz
                                                                   YurowitzLaw PLLC
                                                                   950 Third Avenue, 31st Floor
                                                                   New York, New York 10022

                                                                   P: (212) 308-7900
                                                                   F: (646) 568-9664
                                                                   E: syurowitz@yurowitzlaw.com

                                                                   *Attorneys for Aron Puretz*